UNITED STATES of America,
Plaintiff—Appellee,

v.

Christopher Michael LEON,
Defendant—Appellant.

No. 02–50615.
D.C. No. CR–02–00001–VAP.

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2004.*

Decided June 18, 2004.

Ronald L. Cheng, USLA–Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, Gregory A. Lesser, USR–Office of the U.S. Attorney, Riverside, CA, for Plaintiff–Appellee.

Christopher Michael Leon, Terminal Island, CA, Defendant–Appellant Pro Se.

Michael Tanaka, FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before HALL, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM**

Christopher Michael Leon appeals his jury-trial conviction and 63–month sentence for felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Leon has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Leon has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

